UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>               Plaintiff,      )<br>                               )<br>     v.                        )<br>                               )<br> THE WILSHIRE PAINT COMPANY,   )<br>                               )<br>                               )<br>               Defendant.      )<br>                               )<br> _____) | 1:06-CR-219 AWI<br><br>NEW CASE NUMBER:<br><br>1:06-CR-219 OWW<br><br><br>**ORDER REASSIGNING CASE**<br><br>(Related Case No.<br>    1:06-CR-218 OWW) |

It appearing that this matter is related to action 1:06-cr-218 OWW, United States vs Darrell Edwards, it is ordered that this matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

Both matters are set for entry of plea and sentencing on Friday, July 7, 2006 at 1:30 p.m. before Judge Wanger in Courtroom Three.

DATED: June 29, 2006                    /s/ OLIVER W. WANGER

                                        _____
                                             OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE