William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
6715 N. Palm Avenue, Suite 214
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231

Attorney for Defendant Wilshire Paint Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>WILSHIRE PAINT COMPANY,<br><br>    Defendant(s). | Case No. 1:06-CR00219 OWW<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION** |

The hearing on the motion by Defendant The Wilshire Paint Company came on regularly for hearing on July 9, 2007, the Honorable Oliver W. Wanger, presiding; William C. Hahesy of the Law Offices of William C. Hahesy appeared on behalf of Defendant; Assistant U.S. Attorney Kevin Rooney appeared on behalf of the United States; the Court having reviewed the moving papers and the Government's Statement of Non-Opposition and good cause appearing therefor:

    1.    The Court makes the following findings:

        a.    The Defendant was placed on three years unsupervised probation on July 7, 2007;

        b.    The Defendant has been on unsupervised probation for over one year;

        c.    The Defendant has complied with all terms and conditions of probation;

PDF created with pdfFactory trial version www.pdffactory.com

        d.      The Defendant has paid all sums required to be paid under the judgment imposed by the Court on July 7, 2007;

        e.      The Court finds that no violation proceedings have been instituted since imposition of probation;

        f.      The Court finds that the conduct on the Defendant and the interests of justice support early termination of probation;

        g.      The Court further finds that after considering the factors set forth in 18 U.S.C. §3553(a) that early termination of probation is warranted.

2.     As a result of the above findings:

IT IS HEREBY ORDERED that the term of probation imposed on Defendant The Wilshire Paint Company is hereby terminated effective July 9, 2007.

Dated: __7/10/07___        __/s/ Oliver W. Wanger_____
HONORABLE OLIVER W. WANGER
UNITED STATED DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com